


**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LOUISE A. MOED**
Phone: (212) 356-2180
Fax: (212) 356-2019
LMOED@LAW.NYC.GOV

June 10, 2020

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

by ECF and
email to Failla_nysdchambers@nysd.uscourts.gov

Re:   Skorupska v. 525 West 52 Property Owner, LLC, etc.
      20-cv-2831 (KPF)
      request for rescheduling of Sept. 25, 2020 initial conference

Dear Judge Failla:

      I am the Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, who is representing defendant the City of New York (the "City") in the above-referenced case.

      I write, pursuant to this Court's rules, to request that the September 25, 2020 initial conference that was noticed in this Court's May 15, 2020 Notice of Initial Pretrial Conference in Pro Se Action be rescheduled. I already have plans to be out of the office Thursday, September 24 through Monday, September 28.

      The City has made no other requests for an adjournment or extension.

      Counsel for the private defendants consents to my request that the conference be rescheduled. Plaintiff pro se consents to my request and requests a date after September 20.

      Thank you for your consideration.

Respectfully submitted,

*Louise Moed*

Louise A. Moed, Senior Counsel
LMOED@LAW.NYC.GOV

cc:   Bernadette Skorupska, plaintiff pro se, by mail: 525 West 52nd Street (4BN), New York, NY 10019
      James Robert Pigott, attorney for the private defendants, by ECF

Application GRANTED. The initial pretrial conference previously scheduled for September 25, 2020, is hereby ADJOURNED to **October 1, 2020, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square New York, NY.

Dated: June 10, 2020
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Bernadette Skorupska
525 West 52nd Street
Apt. 4BN
New York, NY 10019