UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNADETTE SKORUPSKA,

               Plaintiff,

-v.-

525 WEST 52 PROPERTY OWNER LLC, CITY OF NEW YORK, PHIPPS HOUSING DEVELOPMENT CORPORATION, and TACONIC MANAGMENT LLC,

               Defendants.

20 Civ. 2831 (KPF)

ORDER

KATHERINE POLK FAILLA, United States District Judge:

    The Court previously entered a Case Management Plan in this matter on October 1, 2020 (Dkt. #33). In order to allow Plaintiff to consult with recently retained counsel, the Court hereby modifies the Case Management Plan as follows:

    Any motion to amend or to join additional parties shall be filed on or before **December 15, 2020**. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(l) shall be completed no later than **November 30, 2020**. All fact discovery shall be completed no later than **March 15, 2021**. All expert discovery, including reports, production of underlying documents, and depositions, shall be completed no later than **April 22, 2021**. Initial requests for production of documents shall be served by **December 14, 2020**. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York shall be served by **December 14, 2020**. Depositions of

fact witnesses shall be completed by **March 1, 2021**.  Requests to admit shall be served by **January 25, 2021**.

The pretrial conference scheduled in this matter for February 17, 2021, is hereby ADJOURNED to **March 24, 2021, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated:   October 14, 2020
          New York, New York

                                                KATHERINE POLK FAILLA
                                               United States District Judge