


**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LOUISE A. MOED**
Phone: (212) 356-2180
Fax: (212) 356-2019
LMOED@LAW.NYC.GOV

November 6, 2020

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York           by ECF and
40 Foley Square                         email to Failla_nysdchambers@nysd.uscourts.gov
New York, NY 10007

              Re:    Skorupska v. 525 West 52 Property Owner, LLC, etc.
                    20-cv-2831 (KPF)
                    request for rescheduling of March 24, 2021 pre-trial
                    conference

Dear Judge Failla:

       I am the Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, who is representing defendant the City of New York (the "City") in the above-referenced case.

       I write to request that the March 24, 2021 pre-trial conference that was noticed in this Court's October 14, 2020 Order be rescheduled. I already have plans to be out of the office Friday, March 19 through Monday, April 5, 2021.

       The City has made one prior request for the rescheduling of the initial pre-trial conference, which conflicted with my then-existing plans to be out of the office on September 25, 2020.

       Counsel for the private defendants and plaintiff pro se both consent to my request that the conference be rescheduled, preferably to a date in April. I request that the date be no earlier than April 12. Counsel pro bono for plaintiff has informed me that the pre-trial conference is beyond the scope of her limited appearance.

Thank you for your consideration.

Respectfully submitted,

*Louise Moed*

LOUISE MOED
LMOED@LAW.NYC.GOV

cc: Bernadette Skorupska, plaintiff pro se, with her consent by email:
bmskorupska@gmail.com
Christina Barreiro, pro bono deposition counsel for plaintiff pro se, by email:
cbarreiro@cravath.com
James Robert Pigott, attorney for the private defendants, by ECF

---

Application GRANTED.  The conference scheduled for March 24, 2021, is hereby ADJOURNED to **April 14, 2021, at 10:00 a.m.**

The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff's address of record.

Dated:   November 9, 2020
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE