UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERNADETTE SKORUPSKA,

                Plaintiff,

        -v.-

525 WEST 52 PROPERTY OWNER LLC, CITY OF NEW YORK, PHIPPS HOUSING DEVELOPMENT CORPORATION, and TACONIC MANAGEMENT LLC,

                Defendants.

20 Civ. 2831 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, United States District Judge:

    By Order dated October 15, 2020, the Court set December 15, 2020, as the deadline for Plaintiff to file a motion to amend or to join additional parties. (Dkt. #34). On November 23, 2020, Plaintiff filed a letter notifying the Court that she desires to add a claim to her Complaint. (Dkt. #45). The Court interprets this letter as a motion for leave to amend under Federal Rule of Civil Procedure 15(a)(2). Plaintiff's motion is hereby GRANTED. Her Amended Complaint, in the form of one document containing all relevant facts and claims she intends to pursue, shall be filed on or before **January 8, 2021.**

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

    SO ORDERED.

Dated:  November 24, 2020
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge