UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNADETTE SKORUPSKA,<br><br>                              Plaintiff,<br><br>               -v.-<br><br>525 WEST 52 PROPERTY OWNER LLC,<br>CITY OF NEW YORK, PHIPPS HOUSES<br>SERVICES, INC., and TACONIC<br>MANAGEMENT LLC,<br><br>                              Defendants. | 20 Civ. 2831 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

On March 3, 2021, Defendant City of New York filed a letter motion requesting a conference to discuss the City's anticipated motion for summary judgment. (Dkt. #60). Defendants Phipps Houses Services Inc., 525 West 52 Property Owner LLC, and Taconic Management LLC filed responses on March 11, 2021 (Dkt. #62-63), and Plaintiff filed her response on March 17, 2021 (Dkt. #71). The City's request for a conference is GRANTED. The Court anticipates discussing the motion during the pretrial conference scheduled for **May 7, 2021, at 10:00 a.m.** The Court also reiterates its expectation that fact discovery will be complete on April 30, 2021, as ordered in the Court's endorsement dated January 27, 2021. (Dkt. #27).

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated:  March 19, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge