UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNADETTE SKORUPSKA,

    Plaintiff,

-v.-

525 WEST 52 PROPERTY OWNER LLC, CITY OF NEW YORK, PHIPPS HOUSES SERVICES, INC., and TACONIC MANAGEMENT LLC,

    Defendants.

20 Civ. 2831 (KPF)

**ORDER**

KATHERINE POLK FAILLA, United States District Judge:

The pretrial conference in this matter scheduled for May 7, 2021, at 10:00 a.m. is ADJOURNED to the same date at 10:30 a.m. The conference will proceed by video. Access instructions will be provided in advance of the conference.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated: May 4, 2021
      New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge