UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNADETTE SKORUPSKA,

                                    Plaintiff,

                    -v.-

525 WEST 52 PROPERTY OWNER LLC,
CITY OF NEW YORK, PHIPPS HOUSES
SERVICES, INC., and TACONIC
MANAGEMENT LLC,

                                    Defendants.

20 Civ. 2831 (KPF)

**ORDER**

KATHERINE POLK FAILLA, United States District Judge:

The parties are ORDERED to appear for a telephonic conference in this matter today, **July 26, 2021, at 3:45 p.m.**  At the specified time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference line will not be available before 3:45 p.m.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated:    July 26, 2021
              New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge