UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNADETTE SKORUPSKA,<br><br>                          Plaintiff,<br><br>                          -v.-<br><br>525 WEST 52 PROPERTY OWNER LLC, CITY OF NEW YORK, PHIPPS HOUSES SERVICES, INC., and TACONIC MANAGEMENT LLC,<br><br>                          Defendants. | 20 Civ. 2831 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

      As discussed during the pretrial conference held on July 26, 2021, the parties are ORDERED to inform the Court in writing on or before **August 12, 2021**, whether they intend to file dispositive motions. The parties are further ORDERED to appear for a telephonic conference on **August 16, 2021, at 11:00 a.m.** At the specified time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference line will not be available before 11:00 a.m.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

      SO ORDERED.

Dated:  July 26, 2021
           New York, New York

                                                                                          KATHERINE POLK FAILLA
                                                                               United States District Judge