UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERNADETTE SKORUPSKA,

                    Plaintiff,

            -v.-

525 WEST 52 PROPERTY OWNER LLC,
CITY OF NEW YORK, PHIPPS HOUSES
SERVICES, INC., and TACONIC
MANAGEMENT LLC,

                    Defendants.

20 Civ. 2831 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, United States District Judge:

The conference scheduled for September 20, 2021, is hereby

ADJOURNED to **September 27, 2021, at 9:00 a.m**.  The conference will

proceed telephonically.  At the scheduled time, the parties shall call (888) 363-

4749 and enter access code 5123533.  Please note that the conference will not

be available prior to 9:00 a.m.

The Court is in receipt of Defendants' pre-motion letters.  (Dkt. #98, 99,

100).  Plaintiff Bernadette Skorupska is permitted to file one letter not to

exceed nine pages in response to Defendant's pre-motion letters.  Ms.

Skorupska is directed to submit her letter on or before **September 24, 2021**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's

address of record.

SO ORDERED.

Dated:   September 14, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2