UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

BERNADETTE SKORUPSKA,

                          Plaintiff,

                -v.-

525 WEST 52 PROPERTY OWNER LLC,
CITY OF NEW YORK, PHIPPS HOUSES
SERVICES, INC., and TACONIC
MANAGEMENT LLC,

                          Defendants.

------------------------------------------------------------

20 Civ. 2831 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendants' pre-motion letters indicating their intent to file motions for summary judgment in this case (Dkt. #98, 99, 100), as well as Plaintiff Bernadette Skorupska's responsive letter explaining that she will oppose Defendant's motions (Dkt. #102).

The Court will set the briefing schedule as follows:

- On or before **November 15, 2021**, Defendants shall file their motions for summary judgment.

- On or before **December 30, 2021**, Plaintiff shall file a combined response to Defendants' motions.

- On or before **January 13, 2022**, Defendants shall file their replies in support of their motions.

At the time of submission, Defendants are directed to provide to Plaintiff a copy of all authorities cited in their moving papers.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.  The Court will also electronically transmit a copy of the Order to Plaintiff.

SO ORDERED.

Dated:   September 27, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge