# EXHIBIT J

Portion of Master Log of applicants showing the rent-up of the six affordable set-aside units at 525 West 52d Street, Manhattan

| LOG. | ApplD | SECT 8 | DM/DH/DV | FIRST INTERVIEW DATE | SECOND INTERVIEW DATE | STATUS | REJECTED DATE/MOVE-IN DATE |
|---|---|---|---|---|---|---|---|
| 2239 | 8889194 | HPD | MI | 6/12/2017 | | STU/1BD | 09/15/17 |
| 2911 | 8030441 | NYCHA | MI | 7/17/2017 | | 2BD | 11/01/17 |
| 4382 | 7938398 | | HI | 8/21/2017 | | 2BD | 10/15/17 |
| 4723 | 8009145 | HRA | MI | 8/31/2017 | | 2BD | 11/06/17 |
| 5589 | 7965695 | FEPS | MI/VI | 8/21/2017 | | 1BD | 11/04/17 |
| 5804 | 7852451 | NYCHA | MI | 8/10/2017 | | 2BD | 11/15/17 |

Exhibit 0005 Morgan