# EXHIBIT L

# W. 52ND STREET APTS
## LEASE SIGNING & MOVE-IN SCHEDULED

## NAME: BERNADETTE SKORUPSKA  LOG # 5580

**BUILDING ADDRESS:** 525 W. 52ND STREET, MANHATTAN

## APT # __4BN-N__  BDRM SIZE: __ONE__

## MONTHLY RENT: $963.00

This is to confirm that I accept the offer of renting an apartment at 525 W. 52nd Street Apts.

_[signature]_                                   10/27/2017

**Signature of Applicant/Tenant**               **Date**

---

MOVE-IN DATE: _Saturday, November 4, 2017_

MOVE-IN TIME: **START AT** _3 p.m_ **COMPLETE AT** _5 p.m_

---

LEASE SIGNING DATE: _Friday, October 27, 2017_ TIME: _3 p.m_

LEASE TERMS: _2 yrs_

DO YOU HAVE PET? Yes/(No) DOG_____ BREED:_____ CAT_____

CELL: _____  WORK: _____

EMAIL: _____

---

- **ALL 18 YEAR OLD OR ABOVE MUST BE PRESENT AT THE LEASE SIGNING WITH PICTURE I.D.**
- TWO SEPARATE MONEY ORDERS OR BANK CERTIFIED CHECKS (THE MONEY ORDERS OR BANK CERTIFIED CHECKS MADE PAYABLE TO: <u>525 West 52 Property Owner LLC</u>
-         1) FIRST MONTH RENT IN THE AMOUNT OF $963.00
          2) A MONTH SECURITY DEPOSIT IN THE AMOUNT OF $963.00

YOU MUST PROVIDE A CERTIFICATE OF INSURANCE AT LEAST 3 DAYS PRIOR TO YOUR MOVE-IN OR PAY A $500.00 REFUNDABLE MOVE-IN DEPOSIT (PAID BY <u>CHECK OR MONEY ORDER NO CASH</u>)

## YOUR LEASE SIGNING IS AT 350 W. 124TH STREET INTERVIEW OFFICE 646-388-8329

Δ π EXHIBIT __11__
Deponent _Skorupska_
Date _7/23/21_  Rptr. _MO_
WWW.DEPOBOOKPRODUCTS.COM