


# Affordable Housing for Rent

## 525 W. 52ND STREET APTS
### 79 NEWLY CONSTRUCTED UNITS AT 525 W. 52nd STREET, NEW YORK, NY 10019
### CLINTON, MANHATTAN

**Amenities:** 24 Hour Concierge, Library⁺, Sports Lounge⁺, Screening Room⁺, Golf Simulators⁺, Fitness Center⁺ Tenant Storage⁺, Pet Spa⁺, Party Room⁺, Outdoor Roof decks, Laundry room⁺, (⁺additional fees apply).
**Transit:** Trains -1/A/B/C/D, Buses - M11/M57/M50
**No application fee • No broker's fee • More information:** www.phippsny.org/housing-application

This building is being constructed through the Inclusionary Housing Program and is approved to receive the Tax Exemption through the 421a Program of the New York City Department of Housing Preservation and Development and the Low Income Housing Tax Credit Program of the New York State Housing Finance Agency's Low Income Housing Tax Credit Program (LIHTC) of the New York State Housing and Community Renewal.

**Who Should Apply?**
Individuals or households who meet the income and household size requirements listed in the table below may apply. Qualified applicants will be required to meet additional selection criteria. Applicants who live in New York City receive a general preference for apartments.

A percentage of units is set aside for:
- Mobility-disabled applicants (5%)
- Vision- or hearing-disabled applicants (2%)

Preference for a percentage of units goes to:
- Residents of **Community Board Manhattan 4** (50%)
- Municipal employees (5%)

### 1. View the Available Units…  2. See Unit Requirements

| Unit Size | Monthly Rent* | Units Available | Household Size** | Annual Household Earnings*** |
|---|---|---|---|---|
| Studio | $913 | 19 | 1 person | $32,640 - $38,100 |
| | | | 2 people | $32,640 - $43,500 |
| 1 bedroom | $980 | 39 | 1 person | $34,971 - $38,100 |
| | | | 2 people | $34,971 - $43,500 |
| 2 bedroom | $1,183 | 21 | 2 people | $41,966 - $43,500 |
| | | | 3 people | $41,966 - $48,960 |
| | | | 4 people | $41,966 - $54,360 |

\* Rent includes gas for cooking.
\*\* Household size includes everyone who will live with you, including parents and children. Subject to occupancy criteria.
\*\*\* Household earnings includes salary, hourly wages, tips, Social Security, child support, and other income. Income guidelines subject to change.

### How Do You Apply?
Apply online or through mail. To apply online, please go to nyc.gov/housingconnect. To request an application **by mail, send a self-addressed envelope to:** 525 W. 52nd Street Apts, 243 5th Avenue, Box 428, New York, NY 10016. Only send one application per development. Do not submit duplicate applications. Do not apply online and also send in a paper application. Applicants who submit more than one application may be disqualified.

### When is the Deadline?
Applications must be postmarked or submitted online no later than **October 8, 2016**. Late applications will not be considered.

### What Happens After You Submit an Application?
After the deadline, applications are selected for review through a lottery process. If yours is selected and you appear to qualify, you will be invited to an interview to continue the process of determining your eligibility. Interviews are usually scheduled from 2 to 10 months after the application deadline. You will be asked to bring documents that verify your household size, identity of members of your household, and your household income.

**Español**
Presente una solicitud en línea en nyc.gov/housingconnect. Para recibir una traducción de español de este anuncio y la solicitud impresa, envíe un sobre con la dirección a: 525 W. 52nd Street Apts, 243 5th Avenue, Box 428, New York, NY 10016 En el reverso del sobre, escriba en inglés la palabra "SPANISH." Las solicitudes se deben enviar en línea o con sello postal antes de 8 de octubre 2016.

**简体中文**
访问 nyc.gov/housingconnect 在线申请。如要获取本广告及书面申请表的简体中文版，请将您的回邮信封寄送至：525 W. 52nd Street Apts, 243 5th Avenue, Box 428, New York, NY 10016 信封背面请用英语注明 "CHINESE"，必须在以下日期之前在线提交申请或邮寄书面申请 2016年10月8日。

**Русский**
Чтобы подать заявление через интернет, зайдите на сайт: nyc.gov/housingconnect. Для получения данного объявления и заявления на русском языке отправьте конверт с обратным адресом по адресу 525 W. 52nd Street Apts, 243 5th Avenue, Box 428, New York, NY 10016 На задней стороне конверта напишите слово "RUSSIAN" на английском языке. Заявки должны быть поданы онлайн или отправлены по почте (согласно дате на почтовом штемпеле) не позднее 8 октября 2016.

**한국어**
nyc.gov/housingconnect 에서 온라인으로 신청하십시오. 이 광고문과 신청서에 대한 한국어 번역본을 받아보시려면 반송용 봉투를 525 W. 52nd Street Apts, 243 5th Avenue, Box 428, New York, NY 10016으로 보내주십시오. 봉투 뒷면에 "KOREAN" 이라고 영어로 적어주십시오. 2016년 10월 8일까지 온라인 신청서를 제출하거나 소인이 찍힌 신청서를 보내야 합니다.

**Kreyòl Ayisyen**
Aplike sou entènèt sou sitwèb nyc.gov/housingconnect. Pou resevwa yon tradiksyon anons sa a nan lang Kreyòl Ayisyen ak aplikasyon an sou papye, voye anvlòp ki gen adrès pou retounen li nan: 525 W. 52nd Street Apts, 243 5th Avenue, Box 428, New York, NY 10016 Nan dèyè anvlòp la, ekri mo "HATIAN CREOLE" an Anglè. Ou dwe remèt aplikasyon yo sou entènèt oswa ou dwe tenbre yo anvan dat oktòb 8, 2016.

**العربية**
تقدم بطلب عن طريق الإنترنت على الموقع الإلكتروني nyc.gov/housingconnect. للحصول على ترجمة باللغة العربية لهذا الإعلان ولنموذج الطلب الورقي، أرسل مظروف يحمل اسمك وعنوانك إلى: 525 W. 52nd Street Apts, 243 5th Avenue, Box 428, New York, NY 10016. على الجهة الخلفية للمظروف، اكتب باللغة الإنجليزية كلمة "ARABIC". يجب إرسال نماذج الطلبات عن طريق الإنترنت أو ختمها بختم البريد قبل 8 أكتوبر ، 2016.

Governor Andrew Cuomo • Mayor Bill de Blasio • HPD Commissioner Vicki Been • HCR Commissioner Jamie Rubin



