

**Department of
Housing Preservation
& Development**

nyc.gov/hpd

Office of Development
Building and Land
Development Services

# Departmental Memorandum

**To:** Louise Carroll, Assistant Commissioner of Inclusionary Housing Program

**From:** Simone Dennery, R.A., Director of New Construction Design Review Services

**CC:** J. Gearrity, L. Carroll, D. Sims, M. LoStocco, J. Bofill, file

**Date:** January 20th, 2015

**Re:** 525 West 52nd Street, Manhattan                    Block: **1081**
Inclusionary Housing Program (IHP) / New Construction    Lots: **1001 - 1008**
Sponsor: Taconic Investments Limited                     Unit Count: **392**
Architect: Gary Handel Architect, LLP.                   I.H. Unit Count: **79**

### Architect's Statement (Pre-Construction) Acceptance

This memorandum addresses the attached Gary Handel Architect, LLP., Architect's Statement (Pre-Construction) dated November 25th, 2014 and received by Building and Land Development Services (BLDS) on January 13th, 2015 for the above referenced project.

The following dwelling units (D.U.'s) have been designated to meet the requirements of *Section 504 of the Rehabilitation Act Of 1973*:

- Mobility Impaired; 5% required and provided (20 D.U.'s total):
  - **203N, 212N, 213N, 303N, 312N, 403N, 412N, 503N, 512N, 603N, 703N, 803N, 903N, 302S, 802S, 902S, 1002S, 1010S, 1102S, and 1110S.**

- Hearing/Vision Impaired; 2% required and provided (8 D.U.'s total):
  - **313N, 402N, 603N, 813N, 1003N, 1103N, 1002S, and 1102S.**

The document is acceptable as submitted.

Attachment (1): Architect's Statement dated 11/25/14 (1 page)

SD/ds

K:\REVIEW\NEW-CONST\INCLUSIONARY\525 W 52nd St_Mn_INCL\Acceptance of Architect's Statement_01.20.15.doc
Page 1 of 1
Printed on paper containing 30% post-consumer material.

## Architect's Statement
### (Pre-Construction)

Project Name ("Project"):
525 West 52nd Street, Manhattan;
Clinton Housing Development Corp. (CHDC: Site #7, BLDG. "D")
Inclusionary Housing Program / New Construction
Address: 533 West 52nd Street, Manhattan
Block 1081 Lot(s) 1001-1008   DOB Job No.121185626

Drawings and Specifications: BLDS Acceptance date: October 23, 2014.

The undersigned states as follows:

1. I am the architect of record for the Project.

2. The Drawings and Specifications are for the new construction of a residential building with a ground floor and cellar occupying the entire 38,000 SF site, with a 14-story tall tower on the south side of the site and a 22-story tall tower on the north side of the site, both connected on the ground floor, with a total gross architectural area of approximately 450,000 SF, consisting of rental residential and retail space located at 525 West 52nd Street.

3. In my professional opinion, if the Project is constructed in accordance with the above referenced Drawings and Specifications, the architectural components of the completed building(s) in the Project will be in compliance with the requirements contained in the following laws and regulations:

    (a) Chapter 11 of the 2008 New York City Building Code;

    (b) Section 804(f)(3)(C) of the federal Fair Housing Act (42 U.S.C. 3604(f)(3)(C)) and implementing regulations at 24 CFR 100.205 (collectively "FHA"); and

    (c) Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and implementing regulations at 24 part CFR 8.

4. Compliance with the FHA is based on the Drawings and Specifications meeting the following architectural standards set forth in 24 CFR 100.205:
    2006 International Building Code® (loose leaf)

5. The following units have been designated to meet the requirements of Section 504 of the Rehabilitation Act of 1973:

    (Mobility-impaired): 203N, 212N, 213N, 303N, 312N, 403N, 412N, 503N, 512N, 603N, 703N, 803N, 903N, 302S, 802S, 902S, 1002S, 1010S, 1102S, 1110S

    (Hearing/Vision-impaired): 313N, 402N, 603N, 813N, 1003N, 1103N, 1002S, 1102S

I understand that the City of New York, acting by and through its Department of Housing Preservation and Development ("HPD"), is relying on the statements contained herein. No other party may rely upon the statements set forth herein. This is not a guaranty.

Name _____
Signature _____
Date  11/25/14

Rev. 09/20/2013