

**Department of
Housing Preservation
& Development**
nyc.gov/hpd

Office of Development
Division of Building & Land Development Services

# Departmental Memorandum

**To:** L. Carroll

**From:** R. Reodica

**CC:** M. Jupin, A. Kleppin, M. Nyamekye, M. Dietz, A. Garcia, M. Sam, A. Rojas, S. Escobar, file

**Date:** June 5, 2018

**Re:** 525 West 52nd Street, MN                           Block: 1081
Program: Inclusionary Housing                                Lot: 1
Developer: Taconic Investment Partners                       Total Unit Count: 392
Architect: Handel Architects, LLP                            IHP Unit Count: 79
**Approval – Eligibility for Completion Notice**

Building and Land Development Services (BLDS) reviewed the documents of the above-referenced project on October 4, November 15, 2017, April 30 and May 17, 2018. The purpose of the BLDS review was to verify compliance with the Inclusionary Housing Program and to assist the development team by identifying potential areas of non-compliance with rules, regulations, codes, and design requirements as mandated by city, state, and federal authorities having jurisdiction.

The review was performed by S. Escobar of HPD. A submission including a copy of the Temporary Certificate of Occupancy (CO Number 121185626T009), DOB-approved as-built amended drawings and Architect's Statement dated 06/04/18, were received by BLDS on August 9, November 8, 2017, March 28, April 12, May 11, May 29 and June 4, 2018.

### Summary
The project consists of 24 story, mixed-use (residential and retail) building with cellar. Three hundred and ninety-two (392) apartments have been designed to occupy the 2nd through 22th Floors. Of these apartments, seventy nine (79) are Inclusionary Housing Apartments (I H Apts.). There are no parking facilities on-site. The following amenities are provided: tenant storage, sport lounge, library, screening room, fitness studio, laundry room, bicycle room, mailroom, lounge, catering kitchen, party room, restrooms, golf simulator room, outdoor terrace on second floor, and roof terrace.

### Apartment Planning
To meet the requirements of *Section 504 of the Rehabilitation Act of 1973*, the following unit has been designated for the mobility-impaired: 203N, 212N, 213N, 303N, 312N, 403N, 412N, 503N, 512N, 603N, 703N, 803N, 903N, 302S, 802S, 902S, 1002S, 1010S, 1102S and 1110S; 20 units total. The following unit has been designated for the hearing and vision impaired: 313N, 402N, 502S, 513N, 613N, 813N, 1003N and 1103N; 8 units total.

### Conclusion
It is the opinion of BLDS that based on the Architect's Statement, Temporary Certificate of Occupancy, and DOB-approved as-built amended drawings, the project known as 525 West 52nd Street in Manhattan is consistent with the requirements of the Inclusionary Housing Program and substantially complies with applicable accessibility requirements and regulations. Therefore, BLDS has no objection to the issuance of an Approval of Eligibility for Completion Notice.

RR/MS/se

## Architect's Post-construction Accessibility Statement

**Project Name**  525 West 52nd Street

**HPD Program(s)**  Inclusionary Housing

| Project Address(es) | Borough | Block | Lot |
|---|---|---|---|
| 525 West 52nd Street | Manhattan | 1081 | 1 |

The undersigned states as follows:

1) I am the architect of record for the Project.

2) The Drawings and Specifications are for the construction of a 22 Story mixed used building containing 392 residential rental units and comericial space at the first floor.

3) In my professional opinion, based on periodic inspections of the construction of the Project, including my observation(s) following substantial completion of construction, the building(s) in the Project are in compliance with the requirements contained in the following laws and regulations:

   - ✓ Chapter 11 of the 2008 New York City Building Code
   - ✓ Section 804(f)(3)(C) of the federal *Fair Housing Act* (42 U.S.C. 3604(f)(3)(C)) and implementing regulations at 24 CFR 100.205 (collectively "FHA"). Compliance is based on the Project meeting the following architectural standards set forth in 24 CFR 100.205:
     
     ICC/ANSI A117.1 - 2003 (Accessible and Usable Buildings and Facilities), used with the Fair Housing Act, HUD's regulations, and the Guidelines
   - ✓ Section 504 of the *Rehabilitation Act of 1973* (29 U.S.C. 794) and implementing regulations at 24 part CFR 8. Compliance is based on the Project meeting the following architectural standards: 2010 ADA Design Standards in accordance with FR 5784-N-01

   The following units have been designated to meet the requirements of Section 504 of the *Rehabilitation Act of 1973*:

   (Mobility-impaired): 203N, 212N, 213N, 303N, 312N, 403N, 412N, 503N, 512N, 603N, 703N, 803N, 903N, 302S, 802S, 902S, 1002S, 1010S, 1102S, 1110S

   (Hearing/Vision-impaired): 313N, 402N, 502N, 513N, 613N, 813N, 1003N, 1103N

Name: Gary Handel

Signature: [signature]

Date: 06/04/18

Professional Seal: [seal: REGISTERED ARCHITECT GARY EDWARD HANDEL 016994 STATE OF NEW YORK]

Document Version: 4 14 2016