# Applications Report  525 W 52nd Street APTS

10/2/2020

###########

525 West 52 Property Owner LLC c/o    **Contact Perso**  Alice Wong    Awong@phippsny.org; Aearle@phippsny.org;

## Units Overview

**HPD Marketing Project Manager**  Monica Morgan

| | | | | | |
|---|---|---|---|---|---|
| All Units in Project | 392 | Held Apartments | 79 | Proceeding applications | 79 |
| Total Units to Market | 79 | Total less Held Apartments | 0 | Total less proceeding applications | 0 |

## Applications Overview

### Withdrawn

**523 WEST 52 STREET**

Preferences*

| Name | Unit | Log | Received | Proceeded | HH Size | Subsidy | CB | Muni | Mob | HV | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | X | Redacted | Redacted | X | | | | X | | |
| Redacted | | X | Redacted | Redacted | X | | X | | | | |
| Redacted | | X | Redacte | | X | | X | | | | |
| Redacted | | X | Redacted | | X | | | | | | |
| Redacted | | X | Redacted | Redacted | X | | | | | | |
| Redacted | | X | Redacted | Redacted | X | | | | X | | |
| Redacted | | X | Redacted | Redacted | X | | | | | | |
| Redacted | | X | Redacted | Redacted | X | | | | | | |
| Redacted | | X | Redacted | Redacted | X | | | | X | | |
| Redacted | | X | Redacted | | | | | | | | |
| Redacted | | X | Redacted | | X | | | | | | |

*CB = Community Board; Muni = Municipal Employee; Mob = Mobility; HV = Hearing/Visual

# Applications Report  525 W 52nd Street APTS

10/2/2020
###########

525 West 52 Property Owner LLC c/o  **Contact Perso**  Alice Wong  Awong@phippsny.org; Aearle@phippsny.org;

**Proceed**  523 WEST 52 STREET

Preferences*

| Name | Unit | Log | Received | Proceeded | HH Size | Subsidy | CB | Muni | Mob | HV | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | X | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | X | | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | | Redacted | | X | X | X | | | | |
| Redacted | X | | Redacted | | | | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | | X | | | | |

*CB = Community Board; Muni = Municipal Employee; Mob = Mobility; HV = Hearing/Visual

# Applications Report   525 W 52nd Street APTS

10/2/2020
###########

525 West 52 Property Owner LLC c/o          **Contact Perso**   Alice Wong          Awong@phippsny.org; Aearle@phippsny.org;

**Proceed**                                   **523 WEST 52 STREET**                                              Preferences*

| Name | Unit | Log | Received | Proceeded | HH Size | Subsidy | CB | Muni | Mob | HV | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | X | X | Redacted | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | X | | | |
| Redacted | X | 5589 | 9/18/2017 | 9/21/2017 | 2 | Yes | | | Y | Y | |
| Redacted | X | 2911 | 8/18/2017 | 8/28/2017 | 1 | Yes | | | Y | | |
| Redacted | X | X | Redacte | Redacte | X | X | X | | | | |
| Redacted | X | 4723 | 9/19/2017 | 9/29/2017 | 2 | Yes | | | Y | | |
| Redacted | X | X | Redacted | Redacte | X | | | X | | | |
| Redacted | X | X | Redacted | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacte | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacte | X | X | X | | | | |
| Redacted | X | X | Redacte | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacte | Redacte | X | X | X | | | | |
| Redacted | X | X | Redacte | Redacte | X | X | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacte | | | | X | | | |
| Redacted | X | X | Redacted | Redacted | X | | | | | | |

*CB = Community Board; Muni = Municipal Employee; Mob = Mobility; HV = Hearing/Visual

# Applications Report   525 W 52nd Street APTS

10/2/2020
###########

525 West 52 Property Owner LLC c/o     **Contact Perso**   Alice Wong     Awong@phippsny.org; Aearle@phippsny.org;

**Proceed**

### 523 WEST 52 STREET

| Name | Unit | Log | Received | Proceeded | HH Size | Subsidy | CB | Muni | Mob | HV | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacte | Redacte | X | | | | | | |
| Redacted | X | X | Redacted | Redacted | X | | | X | | | |
| Redacted | X | X | Redacted | Redacte | X | | | | | | |
| Redacted | X | X | Redacted | Redacte | X | X | X | | | | |
| Redacted | X | 4382 | 9/14/2017 | 9/18/2017 | 4 | | | | | Y | |
| Redacted | X | X | Redacted | Redacted | X | | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacte | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | | | | | | |
| Redacted | X | X | Redacted | Redacted | X | | X | | | | |
| Redacted | X | 5804 | 9/19/2017 | | 2 | Yes | | | Y | | |
| Redacted | X | X | Redacted | Redacte | X | X | X | | | | |
| Redacted | X | X | Redacte | Redacted | X | | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | | X | | | | |
| Redacted | X | 2239 | 6/23/2017 | | 1 | Yes | | | Y | | |

Preferences*

*CB = Community Board; Muni = Municipal Employee; Mob = Mobility; HV = Hearing/Visual

# Applications Report   525 W 52nd Street APTS

10/2/2020
###########

525 West 52 Property Owner LLC c/o        **Contact Perso**   Alice Wong        Awong@phippsny.org; Aearle@phippsny.org;

**Proceed**                                    **523 WEST 52 STREET**                                                   Preferences*

| Name | Unit | Log | Received | Proceeded | HH Size | Subsidy | CB | Muni | Mob | HV | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | X | X | Redacte | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacte | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacted | X | | | | | | |
| Redacted | X | X | Redacte | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacte | Redacted | X | | | | | | |
| Redacted | X | X | Redacte | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacted | X | | | X | | | |
| Redacted | X | X | Redacted | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | X | X | | | |
| Redacted | X | X | Redacted | Redacte | X | | | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | X | | | | |
| Redacted | X | X | Redacte | Redacte | X | X | X | | | | |

*CB = Community Board; Muni = Municipal Employee; Mob = Mobility; HV = Hearing/Visual

# Applications Report   525 W 52nd Street APTS

10/2/2020
###########

525 West 52 Property Owner LLC c/o    **Contact Perso**   Alice Wong    Awong@phippsny.org; Aearle@phippsny.org;

## Proceed

### 523 WEST 52 STREET

Preferences*

| Name | Unit | Log | Received | Proceeded | HH Size | Subsidy | CB | Muni | Mob | HV | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacte | Redacte | X | | X | | | | |
| Redacted | X | X | Redacted | Redacted | X | X | | | | | |
| Redacted | X | X | Redacted | Redacte | X | X | | | | | |
| Redacted | X | X | Redacted | | X | | | | | | |
| Redacted | X | X | Redacted | Redacte | X | | | | | | |
| Redacted | X | X | Redacted | Redacted | X | | | | | | |

*CB = Community Board; Muni = Municipal Employee; Mob = Mobility; HV = Hearing/Visual