VERIFICATION OF MOBILITY. VISION. OR HEARING DISABILITY

**#2239**

Applicant Head of Household name: _____

Name of household member who has a mobility, vision or hearing disability:

**#2239** _____ DOB: ████ 52

Relationship to Applicant/Head of Household: _____

The Applicant/Head of Household is seeking to be deemed eligible for a dwelling unit that is accessible or can be adapted for use by an individual who has mobility, vision, or hearing disability. A federal law, Section 504 of the Rehabilitation Act, requires that a certain percentage of dwelling units in this development be set aside for households that need such units. A licensed medical doctor must confirm the existence of a qualifying disability of a household member in order for the household to be considered for one of these accessible/adaptable units.

In your professional medical opinion:

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled?  X yes ___ no

2. If yes, is the mobility disability expected to continue for at least 12 months or be of infinite duration?  X yes ___ no

3. Is the named household member hearing disabled to such a degree that s/he would benefit from a unit for people with a hearing disability (a unit that is equipped with strobe light smoke alarm and doorbell)?

___ yes  X no

4. Is the named household member vision disabled to such a degree that s/he would benefit from a unit for people with a vision disability (a unit that is equipped with Braille stove and thermostat markings)?

___ yes  X no

I swear/affirm under penalty of perjury that the information above is accurate and true.

Name: Erin Goss  Title: MD

Signature: _____  Date: 5/24/17

Address: 305 E161St S/Bronx NY 10451  Telephone number: (718) 579 2500

License number: 264827

Stamp:

MONTEFIORE MEDICAL GROUP
305 East 161st Street
Bronx, New York 10451
Tel. (718) 579-2500
Fax (718) 579-2599

## CERTIFICATION OF ELIGIBILITY FOR DISABILITY SET ASIDE UNIT

Date: May 29, 2017      #2239

Applicant Head of Household name: ███

Phone number: ███

Current address: ███ New York ███

This form should be used by applicants who have been selected for an interview and who have indicated on the application that they need a unit that is accessible or adaptable for a mobility-disabled household member or a household member with vision or hearing disability.

The applicant must complete the first page of this form and have a medical doctor complete the second page. The applicant should give both pages to the developer at the interview for the apartment.

Name of household member who has a mobility, vision or hearing disability:
#2239

Relationship to Applicant: Self

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled?  ✓ yes ___ no

2. If yes, is the mobility disability expected to continue for at least 12 months or longer?
   ✓ yes ___ no (uses Cane)

3. Is s/he hearing disabled? ___ yes ✓ no

4. Is s/he vision disabled? ___ yes ✓ no

I certify that the above statements are true to the best of my knowledge. I understand that supplying false information may lead to the denial of my housing application. I authorize the developer and the Department of Housing Preservation and Development of the City of New York (HPD) or the New York City Housing Development Corporation (HDC) to verify my eligibility with my medical doctor and I authorize my doctor to provide such verification to the developer and HPD/HDC, on their request.

Signature of household member ~~who has a~~ mobility, vision, or hearing disability:
#2239
_____ (or parent or legal guardian if under 18)

May 29, 2017 (date)

From:                                                                                  07/21/2017 16:26   #902 P.002/002

Jul 20 2017 11:56pm   P002/002

Jul. 19. 2017 12:12PM                                                  No. 3613   P. 2/2

## 525 W. 52ND STREET APTS

HANCOCK APTS 350 W. 124TH STREET, NEW YORK, NY 10027   TEL: (646) 388-8329 FAX: (212) 866-1912

### DISABLED VERIFICATION

Date: 07/17/2017                                    Log.#  2911

To: ATTN: Karen L Morice, MD                       RE: 2911
Department of Rehabilitation Medicine              SS#/Tax I.D. #: [redacted]
111 E. 210th St Bronx, NY 10467-2401

The individual named directly above is an applicant/tenant of a housing program that requires verification of income. We ask that you complete and return this form as soon as possible or fax: (212) 866-1912. The information will be used only in determining eligibility for this particular program. It will not be made available to anyone else. Your prompt response is crucial and greatly appreciated.

If you have any questions, please call our office at tel.: (646) 388-8329

Sincerely,

525 W. 52ND STREET APTS

*************************************

**AUTHORIZATION:**
I hereby authorize release of the information requested on this verification form.

2911

                                                    07/17/2017
Signature of Applicant/Tenant [redacted]            Date

**INFORMATION BEING REQUESTED:**
**CERTIFICATE OF DISABILITY:**

A person who is disabled to the extent of being unable to engage in any substantial gainful activity by reason of any medically determinable Mobility, Visual, and Hearing impairment which has lasted or can be expected to last for a continuous period of not less that twelve months.

In my opinion, the above-named person _does_ (does, does not) have a _mobility_ (Mobility, Visual and Hearing impairment) as defined above.

Evaluator/Diagnostician Name: Karen Morice MD

Title: Attending physician          Signature: Morice

7-20-17                             718-547-4940
Date                                Telephone Number

Log # 2911

## VERIFICATION OF MOBILITY, VISION, OR HEARING DISABILITY

Applicant Head of Household name: __**2911**_____

Name of household member who has a mobility, vision or hearing disability:

__**2911**_____ DOB: _____████_____ 1958

Relationship to Applicant/Head of Household: ____self_____

The Applicant/Head of Household is seeking to be deemed eligible for a dwelling unit that is accessible or can be adapted for use by an individual who has mobility, vision, or hearing disability. A federal law, Section 504 of the Rehabilitation Act, requires that a certain percentage of dwelling units in this development be set aside for households that need such units. A licensed medical doctor must confirm the existence of a qualifying disability of a household member in order for the household to be considered for one of these accessible/adaptable units.

In your professional medical opinion:

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled? __✓__ yes ____ no

2. If yes, is the mobility disability expected to continue for at least 12 months or be of infinite duration? __✓__ yes ____ no

3. Is the named household member hearing disabled to such a degree that s/he would benefit from a unit for people with a hearing disability (a unit that is equipped with strobe light smoke alarm and doorbell)?

____ yes __✓__ no

4. Is the named household member vision disabled to such a degree that s/he would benefit from a unit for people with a vision disability (a unit that is equipped with Braille stove and thermostat markings)?

____ yes __✓__ no

I swear/affirm under penalty of perjury that the information above is accurate and true.

Name: __Karen Morice MD_____ Title: __Physician_____

Signature: __Morice_____ Date: __7-6-17__

Address: __111 E. 210th St, Bronx, NY 10467__ Telephone number: ( 718 ) __920-4133__

License number: __247735_____

Stamp: __N/A__

Log # 2911

## CERTIFICATION OF ELIGIBILITY FOR DISABILITY SET ASIDE UNIT

Date: 07/11/17

Applicant Head of Household name: 2911

Phone number: ▮▮▮▮

Current address: ▮▮▮▮ ▮▮▮, New York ▮▮▮

This form should be used by applicants who have been selected for an interview and who have indicated on the application that they need a unit that is accessible or adaptable for a mobility-disabled household member or a household member with vision or hearing disability.

The applicant must complete the first page of this form and have a medical doctor complete the second page. The applicant should give both pages to the developer at the interview for the apartment.

Name of household member who has a mobility, vision or hearing disability: 2911

Relationship to Applicant: ▮▮ Self

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled? ✓ yes ___ no

2. If yes, is the mobility disability expected to continue for at least 12 months or longer?
   ✓ yes ___ no

3. Is s/he hearing disabled? ___ yes ✓ no

4. Is s/he vision disabled? ___ yes ✓ no

I certify that the above statements are true to the best of my knowledge. I understand that supplying false information may lead to the denial of my housing application. I authorize the developer and the Department of Housing Preservation and Development of the City of New York (HPD) or the New York City Housing Development Corporation (HDC) to verify my eligibility with my medical doctor and I authorize my doctor to provide such verification to the developer and HPD/HDC, on their request.

Signature of household member who has a mobility, vision, or hearing disability:
2911 _____ (or parent or legal guardian if under 18)

07/11/17 ▮▮ (date)

9/6/2017 4:14 PM   FROM: Fax 96 st GODWIN MEDICAL PC   TO: 2128661912   PAGE: 002 OF 002

# 525 W. 52ND STREET APTS

HANCOCK APTS 350 W. 124TH STREET, NEW YORK, NY 10027   TEL: (646) 388-8329 FAX: (212) 866-1912

## DISABLED VERIFICATION

Date: 8/22/17

To: Godwin Medical, PC
145 W 96 Street
New York, NY 100__

Log. #: 4-382

RE: 4382

SS#/Tax I.D. #: ███

The individual named directly above is an applicant/tenant of a housing program that requires verification of income. We ask that you complete and return this form as soon as possible or fax: (212) 866-1912. The information will be used only in determining eligibility for this particular program. It will not be made available to anyone else. Your prompt response is crucial and greatly appreciated.

If you have any questions, please call our office at tel.: (646) 388-8329

Sincerely,
KS
525 W. 52ND STREET APTS

*********************************************

**AUTHORIZATION:**
I hereby authorize release of the information requested on this verification form.

4382

_____   8/22/17
Tenant                       Date

**INFORMATION BEING REQUESTED:**
**CERTIFICATE OF DISABILITY:**

A person who is disabled to the extent of being unable to engage in any substantial gainful activity by reason of any medically determinable (Mobility, Visual, and Hearing impairment) which has lasted or can be expected to last for a continuous period of not less that twelve months.

(In my opinion,) the above-named person _____ (does, does not) have a _____ (Mobility, Visual and Hearing impairment) as defined above.

Evaluator/Diagnostician Name: Dx: 49.93 / 201.10   Hearing loss bilat

Title: MD                                          Signature: _____  9/30/17

Date: 8/30/17

Godwin Medical, PC
Dr. ____
145 W ___
New York, NY ___
T: 212-___-3420
F: 847-___-40__

Telephone Number: 212-663-3420

Godwin Medical, PC
Dr. Clotilde Pena, MD
145 W 96th Street
New York, NY 10025
T: 212-663-3420
F: 847-587-4021

EQUAL HOUSING OPPORTUNITY

LOG # 4382

## VERIFICATION OF MOBILITY, VISION, OR HEARING DISABILITY

Applicant Head of Household name: __**4382**_____

Name of household member who has a mobility, vision or hearing disability:

__**4382**_____ DOB: ▓▓▓▓ 0b

Relationship to Applicant/Head of Household: ___Son_____

The Applicant/Head of Household is seeking to be deemed eligible for a dwelling unit that is accessible or can be adapted for use by an individual who has mobility, vision, or hearing disability. A federal law, Section 504 of the Rehabilitation Act, requires that a certain percentage of dwelling units in this development be set aside for households that need such units. A licensed medical doctor must confirm the existence of a qualifying disability of a household member in order for the household to be considered for one of these accessible/adaptable units.

In your professional medical opinion:

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled? ____ yes __✓__ no

2. If yes, is the mobility disability expected to continue for at least 12 months or be of infinite duration? ____ yes __✓__ no

3. Is the named household member hearing disabled to such a degree that s/he would benefit from a unit for people with a hearing disability (a unit that is equipped with strobe light smoke alarm and doorbell)?

__✓__ yes ____ no

4. Is the named household member vision disabled to such a degree that s/he would benefit from a unit for people with a vision disability (a unit that is equipped with Braille stove and thermostat markings)?

____ yes __✓__ no

I swear/affirm under penalty of perjury that the information above is accurate and true.

Name: __Clotilde Pena__   Title: __Pediatrician__

Signature: _____   Date: __8/5/2017__

Address: __145 W 96 St. Suite 1c__   Telephone number: ( ) __212-663-3420__

License number: __243960__

Stamp:

**Godwin Medical, PC**
Dr. Clotilde Pena, MD
145 W 96th Street
New York, NY 10025
T: 212-663-3420
F: 347-587-4021

## CERTIFICATION OF ELIGIBILITY FOR DISABILITY SET ASIDE UNIT

Date: 9/2/17

Applicant Head of Household name: [redacted] 4382

Phone number: [redacted]

Current address: [redacted]

_____, NY _____, New York [redacted]

This form should be used by applicants who have been selected for an interview and who have indicated on the application that they need a unit that is accessible or adaptable for a mobility-disabled household member or a household member with vision or hearing disability.

The applicant must complete the first page of this form and have a medical doctor complete the second page. The applicant should give both pages to the developer at the interview for the apartment.

Name of household member who has a mobility, vision or hearing disability: [redacted] 4382

Relationship to Applicant: son

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled? ___ yes ✓ no

2. If yes, is the mobility disability expected to continue for at least 12 months or longer?

   ___ yes ___ no

3. Is s/he hearing disabled? ✓ yes ___ no

4. Is s/he vision disabled? ___ yes ✓ no

I certify that the above statements are true to the best of my knowledge. I understand that supplying false information may lead to the denial of my housing application. I authorize the developer and the Department of Housing Preservation and Development of the City of New York (HPD) or the New York City Housing Development Corporation (HDC) to verify my eligibility with my medical doctor and I authorize my doctor to provide such verification to the developer and HPD/HDC, on their request.

Signature of household member who has a mobility, vision, or hearing disability:

[redacted] 4382 _____ (or parent or legal guardian if under 18) 4382

9/2/17 (date)

## VERIFICATION OF MOBILITY, VISION, OR HEARING DISABILITY

Applicant Head of Household name: _____ 4723 _____

Name of household member who has a mobility, vision or hearing disability:

_____ 4723 _____ DOB: ▓▓▓▓ /1959

Relationship to Applicant/Head of Household: Pain Management/Self

The Applicant/Head of Household is seeking to be deemed eligible for a dwelling unit that is accessible or can be adapted for use by an individual who has mobility, vision, or hearing disability. A federal law, Section 504 of the Rehabilitation Act, requires that a certain percentage of dwelling units in this development be set aside for households that need such units. A licensed medical doctor must confirm the existence of a qualifying disability of a household member in order for the household to be considered for one of these accessible/adaptable units.

In your professional medical opinion:

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled?   ✓ yes ___ no

2. If yes, is the mobility disability expected to continue for at least 12 months or be of infinite duration?   ✓ yes ___ no

3. Is the named household member hearing disabled to such a degree that s/he would benefit from a unit for people with a hearing disability (a unit that is equipped with strobe light smoke alarm and doorbell)?

___ yes ✗ no

4. Is the named household member vision disabled to such a degree that s/he would benefit from a unit for people with a vision disability (a unit that is equipped with Braille stove and thermostat markings)?

___ yes ✗ no

I swear/affirm under penalty of perjury that the information above is accurate and true.

Name: Jessica Au   Title: M.D.

Signature: _____   Date: 7/26/17

Address: 369 East 149th St 9th FL   Telephone number: ( ) ___ - _____

License number: 269781

718-401-1111

Stamp:

nted on 8/2/2017 02:08 PM                                               Page 1 of 1

4723        Scan on 8/2/2017 by Rebecca Gonzalez [REG2017] of Verification of Mobility, Vision, Hearing Form- C

Printed on 8/2/2017 12:42 PM                                            Page 1 of 1

4723        Scan on 8/2/2017 by Peter Alphonso of Verification of Mobility, Vision, and Hearing Form

## VERIFICATION OF MOBILITY, VISION, OR HEARING DISABILITY

Applicant Head of Household name: **4723**

Name of household member who has a mobility, vision or hearing disability:

**4723**                                    DOB: ███ /56

Relationship to Applicant/Head of Household: Brother

The Applicant/Head of Household is seeking to be deemed eligible for a dwelling unit that is accessible or can be adapted for use by an individual who has mobility, vision, or hearing disability. A federal law, Section 504 of the Rehabilitation Act, requires that a certain percentage of dwelling units in this development be set aside for households that need such units. A licensed medical doctor must confirm the existence of a qualifying disability of a household member in order for the household to be considered for one of these accessible/adaptable units.

In your professional medical opinion:

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled? ✓ yes ___ no

2. If yes, is the mobility disability expected to continue for at least 12 months or be of infinite duration? ✓ yes ___ no

3. Is the named household member hearing disabled to such a degree that s/he would benefit from a unit for people with a hearing disability (a unit that is equipped with strobe light smoke alarm and doorbell)?
___ yes ✓ no

4. Is the named household member vision disabled to such a degree that s/he would benefit from a unit for people with a vision disability (a unit that is equipped with Braille stove and thermostat markings)?
___ yes ✓ no

I swear/affirm under penalty of perjury that the information above is accurate and true.

Name: Judy Tung                     Title: MD
Signature: [signature]              Date: 6/2/17
Address: 505 E 70th St              Telephone number: (212) 746-5858
License number: 216747

Stamp:  Weill Cornell Physician's Offices
        Dept. of Medicine
        156 William Street, 7th Floor
        New York, NY 10038

## CERTIFICATION OF ELIGIBILITY FOR DISABILITY SET ASIDE UNIT

Date: 8/1/2017

4723

Applicant Head of Household name: ___

Phone number: ___

Current address: ___
Bronx, New York

This form should be used by applicants who have been selected for an interview and who have indicated on the application that they need a unit that is accessible or adaptable for a mobility-disabled household member or a household member with vision or hearing disability.

The applicant must complete the first page of this form and have a medical doctor complete the second page. The applicant should give both pages to the developer at the interview for the apartment.

Name of household member who has a mobility, vision or hearing disability:

4723

Relationship to Applicant: Self

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled? ✓ yes ___ no

2. If yes, is the mobility disability expected to continue for at least 12 months or longer?

   ✓ yes ___ no

3. Is s/he hearing disabled? ___ yes ✓ no

4. Is s/he vision disabled? ___ yes ✓ no

I certify that the above statements are true to the best of my knowledge. I understand that supplying false information may lead to the denial of my housing application. I authorize the developer and the Department of Housing Preservation and Development of the City of New York (HPD) or the New York City Housing Development Corporation (HDC) to verify my eligibility with my medical doctor and I authorize my doctor to provide such verification to the developer and HPD/HDC, on their request.

Signature ___ household member who has a mobility, vision, or hearing disability:

4723

_____ (or parent or legal guardian if under 18)

8/1/2017 (date)

9/15/2017 2:39 PM   FROM: Fax GROUPO MEDICO DOMINICANO   TO: 12128661912   PAGE: 002 OF 003

# 525 W. 52ND STREET APTS

1926

HANCOCK APTS 350 W. 124TH STREET, NEW YORK, NY 10027   TEL: (646) 388-8329 FAX: (212) 866-1912

## DISABLED VERIFICATION

Date: 9/12/17

To: Gladstone Juniss
629 W 185 Street
New York, NY 10033

Log. #: 5804

RE:

SS#/Tax I.D. #: ___

The individual named directly above is an applicant/tenant of a housing program that requires verification of income. We ask that you complete and return this form as soon as possible or fax: (212) 866-1912. The information will be used only in determining eligibility for this particular program. It will not be made available to anyone else. Your prompt response is crucial and greatly appreciated.

If you have any questions, please call our office at tel.: (646) 388-8329

Sincerely,

525 W. 52ND STREET APTS

**********************************

## AUTHORIZATION:

I hereby authorize release of the information requested on this verification form.

X _____   Date: 9/12/17

Signature of Applicant/Tenant

## INFORMATION BEING REQUESTED:
### CERTIFICATE OF DISABILITY:

A person who is disabled to the extent of being unable to engage in any substantial gainful activity by reason of any medically determinable Mobility, Visual, and Hearing Impairment which has lasted or can be expected to last for a continuous period of not less than twelve months.

In my opinion, the above-named person (does) does not) have a _____ (Mobility) Visual and Hearing Impairment) as defined above.

Evaluator/Diagnostician Name: Martha M. Valdivia, MD
Lic. #198167
NPI #1083646970

Title: 

Signature: _____

Date: 9/15/17

Telephone Number: (212) 928-3900

## VERIFICATION OF MOBILITY, VISION, OR HEARING DISABILITY

Applicant Head of Household name: __ **5804** _____

Name of household member who has a mobility, vision or hearing disability:

**5804** _____ DOB: ▇▇▇▇ /26

Relationship to Applicant/Head of Household: _mother_____

The Applicant/Head of Household is seeking to be deemed eligible for a dwelling unit that is accessible or can be adapted for use by an individual who has mobility, vision, or hearing disability. A federal law, Section 504 of the Rehabilitation Act, requires that a certain percentage of dwelling units in this development be set aside for households that need such units. A licensed medical doctor must confirm the existence of a qualifying disability of a household member in order for the household to be considered for one of these accessible/adaptable units.

In your professional medical opinion:

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled?  ✓ yes ____ no

2. If yes, is the mobility disability expected to continue for at least 12 months or be of infinite duration?  ✓ yes ____ no

3. Is the named household member hearing disabled to such a degree that s/he would benefit from a unit for people with a hearing disability (a unit that is equipped with strobe light smoke alarm and doorbell)?

____ yes  ✓ no

4. Is the named household member vision disabled to such a degree that s/he would benefit from a unit for people with a vision disability (a unit that is equipped with Braille stove and thermostat markings)?

____ yes  ✓ no

I swear/affirm under penalty of perjury that the information above is accurate and true.

Name: _Gladstone L. Guniss Lic. #002809-1_  Title: _RMA_
NPI #1851532477
Signature: _CENTRO MEDICO D... CANO_  Date: _7/31/17_
Address: _629 WEST 185th STREET NEW YORK, NY 10033_  Telephone number: (212) 928-3900
License number: _002801_

Stamp: CENTRO MEDICO D... CANO
629 WEST 185th STREET
NEW YORK, NY 10033

# CERTIFICATION OF ELIGIBILITY FOR DISABILITY SET ASIDE UNIT

Date: 8/10/17

Applicant Head of Household name: _____

Phone number: _____

Current address: _____
_____ New York _____, New York.

This form should be used by applicants who have been selected for an interview and who have indicated on the application that they need a unit that is accessible or adaptable for a mobility-disabled household member or a household member with vision or hearing disability.

The applicant must complete the first page of this form and have a medical doctor complete the second page. The applicant should give both pages to the developer at the interview for the apartment.

Name of household member who has a mobility, vision or hearing disability: _____

Relationship to Applicant: mother

1. Does the named household member use a wheelchair or is s/he otherwise mobility disabled? ✓ yes ___ no

2. If yes, is the mobility disability expected to continue for at least 12 months or longer?
   ✓ yes ___ no

3. Is s/he hearing disabled? ___ yes ✓ no

4. Is s/he vision disabled? ✓ yes ___ no

I certify that the above statements are true to the best of my knowledge. I understand that supplying false information may lead to the denial of my housing application. I authorize the developer and the Department of Housing Preservation and Development of the City of New York (HPD) or the New York City Housing Development Corporation (HDC) to verify my eligibility with my medical doctor and I authorize my doctor to provide such verification to the developer and HPD/HDC, on their request.

Signature of household member who has a mobility, vision, or hearing disability:

_____ (or parent or legal guardian if under 18)

8/10/17 (date)