

## Comparison of Section 8 and Public Housing Occupancy Standards

| Section 8 | |
|---|---|
| Family Composition | Bedroom Size Qualification |
| Single Occupant | 0 |
| Husband and Wife | 1 |
| Father and Son | 1 |
| Mother and Daughter | 1 |
| Mother and Son | 2 |
| Father and Daughter | 2 |
| Any Three Person Combination | 2 |
| Mother, Daughter, and 2 Sons | 2 |
| Father, Son, and 2 Daughters | 2 |
| Father and 3 Sons | 2 |
| Mother and 3 Daughters | 2 |
| Father, Mother, and 2 Daughters | 2 |
| Father, Mother, and 2 Sons | 2 |
| Father and 3 Daughters (4X Family) | 3 |
| Mother and 3 Sons (4X Family) | 3 |
| Mother, 2 daughters, son (4X Family) | 3 |
| Father, 2 sons, daughter (4X Family) | 3 |
| Father, Mother, Son, Daughter (4X Family) | 3 |
| Any 5 Person Combination | 3 |
| Any 6 Person Combination | 3 |
| Any 7 Person Combination | 4 |
| Any 8 Person Combination | 4 |
| Any 9 Person Combination | 5 |
| Any 10 Person Combination | 5 |
| Any 11 Person Combination | 6 |
| Any 12 Person Combination | 6 |
| Any 13 Person Combination | 7 |
| Any 14 Person Combination | 7 |
| Any 15 Person Combination | 7 |

| Public Housing | |
|---|---|
| Family Composition | Bedroom Size Qualification |
| Single Occupant | 0 |
| Husband and Wife | 1 |
| Father and Son | 1 bedroom if child under 6 years regardless of sex of child; 2 bedroom if child 6 years or older |
| Mother and Daughter | |
| Mother and Son | |
| Father and Daughter | |
| Any Three Person Combination | 2 |
| Mother, Daughter, and 2 Sons | 2 |
| Father, Son, and 2 Daughters | 2 |
| Father and 3 Sons | 2 |
| Mother and 3 Daughters | 2 |
| Father, Mother, and 2 Daughters | 2 |
| Father, Mother, and 2 Sons | 2 |
| Father and 3 Daughters (4X Family) | 3 |
| Mother and 3 Sons (4X Family) | 3 |
| Mother, 2 daughters, son (4X Family) | 3 |
| Father, 2 sons, daughter (4X Family) | 3 |
| Father, Mother, Son, Daughter (4X Family) | 3 |
| Any 5 Person Combination | 3 |
| Any 6 Person Combination | 4 |
| Any 7 Person Combination | 4 |
| Any 8 Person Combination | 4 |
| Any 9 Person Combination | 5 |
| Any 10 Person Combination | 5 |
| Any 11 Person Combination | 6 |
| Any 12 Person Combination | 6 |
| Any 13 Person Combination | 7 |
| Any 14 Person Combination | 7 |
| Any 15 Person Combination | 8 |

Exhibit 0017 Silvera