**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BERNADETTE SKORUPSKA,

                             Plaintiff,

      -against-                                    20 **CIVIL** 2831 (KPF)

                                                          **JUDGMENT**

525 WEST 52 PROPERTY OWNER LLC, CITY
OF NEW YORK, PHIPPS HOUSES SERVICES,
INC., and TACONIC MANAGEMENT
COMPANY LLC,

                             Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2022, the Court has GRANTED the motions for summary judgment filed by the Taconic Defendants, PHSI, and the City; accordingly, the case is closed.

**Dated:**  New York, New York

       September 2, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                     **BY:**       *K. Mango*

                                                                  **Deputy Clerk**